UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

Case No.: 9:17-cv80213-KAM

MT. HAWLEY INSURANCE COMPANY,

Plaintiff,

vs.

ARTHUR R. ROEBUCK III & PATRICIA R. SWINDLE TRS d/b/a JUPITER WEST PLAZA; RIVIERA TRADING AND MARKETING, INC. d/b/a JUPITER WEST PLAZA; SCRIBE ENTERPRISES, INC. d/b/a JUPITER WEST PLAZA; and LESLIE J. FRYE, II,

Defendants.
_______________________________________/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

NOTICE IS HEREBY given that MICHAEL C. FOSTER, ESQ. of the law firm of TRIPP SCOTT, P.A., hereby appears as counsel of record on behalf of Defendants, ARTHUR R. ROEBUCK III & PATRICIA R. SWINDLE TRS, in the above-styled case, and requests that he be provided copies of all pleadings and other papers filed herein at the following address:

Michael C. Foster, Esq.
Tripp Scott, P.A.
110 S.E. Sixth Street
Fifteenth Floor
Fort Lauderdale, Florida 33301
mcf@trippscott.com
lxc@trippscott.com
Telephone: (954) 525-7500
Facsimile: (954) 761-8475

Dated this 5th day of June, 2017.

Respectfully submitted,

**TRIPP SCOTT, P.A.**
110 S.E. Sixth Street
Fifteenth Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
Facsimile: (954) 761-8475

By: */s/ Michael C. Foster*
Michael C. Foster, Esq.
Florida Bar No. 0042765
E-Mail: mcf@trippscott.com
*Counsel for Defendants Scribe Enterprises, Inc. and Riviera Trading and Marketing, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by notice of electronic filing generated by the CM/ECF system this 5th day of June, 2017, upon: G. Bart Billbrough, Esq., BILLBROUGH & MARKS, P.A., 100 Almeria Avenue, Suite 320, Coral Gables, Florida 33134, bbillbrough@attyfla.com, *Counsel for Plaintiff.*

/s/ *Michael C. Foster*
Michael C. Foster