IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDIA
PALM BEACH DIVISION

Case No.: 9:17-cv-80213

MT. HAWLEY INSURANCE
COMPANY,

Plaintiff,

v.

ARTHUR R. ROEBUCK, II, &
PATRICIA R. SWINDLE TRS
d/b/a JUPITER WEST PLAZA; RIVIERA
TRADING AND MARKETING INC.
d/b/a JUPITER WEST PLAZA; SCRIBE
ENTERPRISES, INC., d/b/a JUPITER
WEST PLAZA; and LESLIE J. FRYE, II,

Defendants.
_______________________________________/

**NOTICE OF APPEARANCE**

COMES NOW the law firm of Williams, Leininger & Cosby, P.A. and files this Notice of Appearance as counsel for PATRICIA R. SWINDLE TRS d/b/a JUPITER WEST PLAZA, and requests that all pleadings and correspondence pertaining to the above-captioned matter be hereafter directed to the law firm of Williams, Leininger & Cosby, P.A. at the address indicated below.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed through the CM/ECF filing system and will be provided to G. Bart Billbrough, Esq.,

(bbillbrough@attyfla.com) Mailing Address 100 Almeria Avenue, Suite 320, Coral Gables, FL 33134 this 9th day of June, 2017.

/s/ Carri S. Leininger, Esq.
Carri S. Leininger, Esq. (eService@wlclaw.com)
Florida Bar No. 861022
Jessica L. Gregory, Esq.
Florida Bar No. 92019
Attorney for Defendant, Patricia Swindle Trs.
Williams, Leininger & Cosby, P.A.
11300 US Highway One, Suite 300
North Palm Beach, Florida 33408
Telephone No. (561)615-5666