IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDIA
PALM BEACH DIVISION

Case No.: 9:17-cv-80213

MT. HAWLEY INSURANCE
COMPANY,

Plaintiff,

v.

ARTHUR R. ROEBUCK, II, &
PATRICIA R. SWINDLE TRS
d/b/a JUPITER WEST PLAZA; RIVIERA
TRADING AND MARKETING INC.
d/b/a JUPITER WEST PLAZA; SCRIBE
ENTERPRISES, INC., d/b/a JUPITER
WEST PLAZA; and LESLIE J. FRYE, II,

Defendants.
_______________________________________/

**PATRICIA SWINDLE TRUSTEE d/ba JUPITER WEST PLAZA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The Defendant, Patricia Swindle Trustee. dba Jupiter West Plaza (Patricia Swindle Trustee"), pursuant to Rule 7.1, Local Rules for the Southern District of Florida, and through undersigned counsel files this Motion for Extension of Time to respond to the Plaintiff's Complaint for Declaratory Relief. As grounds for this motion, Patricia Swindle Trustee states as follows:

1. The Plaintiff, Mt. Hawley Insurance Company ("Mt. Hawley Insurance"), filed a complaint for declaratory relief arising out of a lawsuit filed in state court by Leslie Frye, II, for assault and battery.

2. The assault and battery allegedly occurred while Leslie Frye was visiting the premises of Uncle Mick's Bar & Grille. Uncle Mick's Bar & Grille is located at Jupiter West Plaza.

3. There are numerous allegations as to who is the owner of Jupiter West Plaza. (see paragraphs 3-8)

4. There are allegations that Swindle and the other Defendants did not obtain certificates of insurance. (see paragraph 23)

5. There are numerous allegations as to what terms or conditions were not contained in a lease between Uncle Mick's and Plaza West. (see paragraphs 24-26)

6. Patricia Swindle Trustee needs additional time to investigate the allegations in order to admit or deny these allegations.

7. Patricia Swindle Trustee needs additional time to investigate these allegations in order to determine if affirmative defenses should be pled.

8. Patricia Swindle Trustee needs additional time to investigate whether a counter claim for declaratory relief is required.

9. Patricia Swindle Trustee requests an extension until June 23 in which to file its response to the complaint.

WHEREFORE, Patricia Swindle Trustee respectfully requests this Court grant its motion for extension of time to respond to the complaint until June 23.

**Rule 7.1 Certification**

Undersigned counsel will make reasonable efforts to confer with opposing counsel to reach an agreement on this request for an extension. Undersigned counsel will update the court on its efforts.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed through the CM/ECF filing system and will be provided to G. Brant Billbrough, Esq., (bbillbrough@attyfla.com) Mailing Address 100 Almeria Avenue, Suite 320, Coral Gables, FL 33134 this 9th day of June, 2017.

/s/ Carri S. Leininger, Esq.
Carri S. Leininger, Esq. (eService@wlclaw.com)
Florida Bar No. 861022
Jessica L. Gregory, Esq.
Florida Bar No. 92019
Attorney for Defendant, Patricia Swindle Trs.
Williams, Leininger & Cosby, P.A.
11300 US Highway One, Suite 300
North Palm Beach, Florida 33408
Telephone No. (561)615-5666