UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-80213 MARRA/MATTHEWMAN

MT. HAWLEY INSURANCE
COMPANY,

    Plaintiff,
vs.

ARTHUR R. ROEBUCK III &
PATRICIA R. SWINDLE TRS
d/b/a JUPITER WEST PLAZA;
RIVIERA TRADING AND MARKETING,
INC. d/b/a JUPITER WEST PLAZA;
SCRIBE ENTERPRISES, INC. d/b/a
JUPITER WEST PLAZA; and
LESLIE J. FRYE, II,

    Defendants.
_____/

## ORDER GRANTING ATTORNEYS' FEES

THIS CAUSE is before the Court upon:

(1) Appellees, Arthur Roebuck, III and Patricia Swindle TRS, Riviera Trading and Marketing Inc, and Scribe Enterprises, Inc.'s Application for Appellate Attorney's Fees [DE 120]; and

(2) Defendants, Riviera Trading and Marketing d/b/a Jupiter West Plaza and Scribe Enterprises, Inc. d/b/a Jupiter West Plaza's Notice of Conclusion of Litigation and Renewed Motion for Award of Reasonable Attorneys' Fees [DE 127].

These matters were referred to the Honorable William Matthewman, United States Magistrate Judge, Southern District of Florida.  A Report and Recommendation, dated September 2, 2020 [DE 134], has been filed recommending

1

that the Court (1) grant Appellees Arthur R. Roebuck, III and Patricia R. Swindle TRS, Riviera Trading and Marketing, Inc., and Scribe Enterprises, Inc. Application for Appellate Attorneys' Fees [DE 120] in the amount of $70,888.50; and (2) grant Defendants Riviera Trading and Marketing d/b/a Jupiter West Plaza And Scribe Enterprises, Inc. d/b/a Jupiter West Plaza Renewed Motion for Attorneys' Fees [DE 127] in the amount of $87,014.00 for the defense of the captioned lawsuit.

Plaintiff filed no objections to the Report, and the time for doing so has expired.  Accordingly, upon a *de novo* review of the entire file and record herein, it is hereby

ORDERED AND ADJUDGED that United States Magistrate Judge William Matthewman's Report be, and the same is, **AFFIRMED [DE 134]**.  Arthur Roebuck, III and Patricia Swindle TRS, Riviera Trading and Marketing Inc, and Scribe Enterprises, Inc.'s Application for Appellate Attorney's Fees **[DE 120] is granted**; and Riviera Trading and Marketing d/b/a Jupiter West Plaza and Scribe Enterprises, Inc. d/b/a Jupiter West Plaza's Renewed Motion for Award of Reasonable Attorneys' Fees **[DE 127] is granted**.  The Scribe Insureds' Motion to Strike Mt. Hawley's Unauthorized Sur-Reply, or in the Alternative, to Consider [DE 125] in Reply **(DE 132) is denied as**

**moot**.   Judgment will be entered by separate order.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of September, 2020.

KENNETH A. MARRA
United States District Judge
